# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136843

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CHARLES DEANTHONY GRAYS,
    Defendant-Appellant.

SC: 136843
COA: 283689
Berrien CC: 2006-405518-FH

_____/

On order of the Court, the application for leave to appeal the May 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

Clerk

0915